UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| CLYDE THATCHER ) | BANKRUPTCY CASE NUMBER 08-11922 |
| IRMA M. THATCHER ) | CHAPTER 7 |
| ) | |
| DEBTORS. ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on September 23, 2009, and issued checks as proposed in said proposed distribution.

3. That Check #111 issued to Midwest Verizon Wireless, Verizon Wireless, PO Box 3397, Bloomington, IL 61702 on October 20, 2009 in the amount of $41.25 has not been cashed.

4. That Check #112 issued to Verizon North Inc., AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701 on October 20, 2009 in the amount of $91.55 has not been cashed.

5. That the Trustee hereby gives notice that the total amount of **$132.80** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimants.

Respectfully submitted,

___/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of January, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: Midwest Verizon Wireless, Verizon Wireless, PO Box 3397, Bloomington, IL 61702, and Verizon North Inc., AFNI/Verizon, 404 Brock Drive, Bloomington, IL 61701.

    /s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven