**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

IN THE MATTER OF          )
                              )
CLYDE THATCHER           )       BANKRUPTCY CASE NUMBER 08-11922
IRMA M. THATCHER        )                 CHAPTER 7
                              )
          DEBTORS.    )

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed

creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 1 | Discover Bank / DFS Services LLC<br>Post Office Box 3025<br>New Albany, Ohio   43054-3025 | $ 1.58 |
| CLAIM # 2-2 | Chase Bank USA, N.A.<br>Post Office Box 15145<br>Wilmington, Delaware   19850-5145 | $ 4.66 |
| CLAIM # 5 | Roundup Funding<br>MS 550<br>Post Office Box 91121<br>Seattle, Washington   98111-9221 | $ 0.56 |
| CLAIM # 7 | PYOD LLC, assignee of Citibank<br>c/o Resurgent Capital Services<br>Post Office Box 10587<br>Greenville, South Carolina   29603-0587 | $ 3.04 |
| CLAIM # 8 | Midwest Verizon Wireless<br>Post Office Box 3397<br>Bloomington, Illinois   61702 | $ 1.02 |

CLAIM #9          Verizon North Inc.                                    $ 2.25
                  AFNI / Verizon
                  404 Brock Drive
                  Bloomington, Illinois   61701

                                        **TOTAL:    $ 13.11**


                        Respectfully submitted,


                        _____/s/ Yvette Gaff Kleven_____
                        Yvette Gaff Kleven, Chapter 7 Trustee
                        927 South Harrison Street
                        Fort Wayne, Indiana   46802
                        Telephone:   260 / 407-7000
                        ygk@sak-law.com



                        CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 23rd day of March, 2010, a true and correct copy of the

above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the

Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and

was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses

indicated.

                        ____/s/ Yvette Gaff Kleven_____
                        Yvette Gaff Kleven